1   STEPHANIE M. HINDS (CABN 154284)
United States Attorney
2   MICHELLE LO (NYBN 4325163)
Chief, Civil Division
3   EMMET P. ONG (NYBN 4581369)
Assistant United States Attorney
4

5        1301 Clay Street, Suite 340S
        Oakland, California 94612-5217
6        Telephone: (510) 637-3929
        Facsimile: (510) 637-3724
7        E-mail: emmet.ong@usdoj.gov

8
Attorneys for Defendant
9   UNITED STATES BUREAU OF RECLAMATION

10

11                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA
12
                        OAKLAND DIVISION
13

14   GOLDEN STATE SALMON ASSOCIATION;     ) Civil Action Nos. 4:19-cv-08319-JST and 4:20-cv-
     PACIFIC COAST FEDERATION OF          ) 02016-JST
15   FISHERMEN'S ASSOCIATIONS; INSTITUTE  )
     FOR FISHERIES RESOURCES; FRIENDS OF  )
16   THE RIVER; and SIERRA CLUB,          )
                                          )
17        Plaintiffs,                     )
                                          )
18     v.                                 ) **STIPULATION AND [PROPOSED] ORDER**
                                          ) **REGARDING SETTLEMENT AND**
19   UNITED STATES BUREAU OF              ) **DISMISSAL WITH PREJUDICE**
     RECLAMATION,                         )
20                                        )
                                          )
21        Defendant.                      )
                                          )

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT AND DISMISSAL WITH PREJUDICE
NOS. 4:19-CV-08319-JST AND 4:20-CV-02016-JST

1   Golden State Salmon Association, Pacific Coast Federation of Fishermen's Associations,

2   Institute for Fisheries Resources, Friends of the River, and Sierra Club ("Plaintiffs") and Defendant

3   United States Bureau of Reclamation ("Defendant"), by and through their undersigned counsel, hereby

4   enter into this Stipulation Regarding Settlement and Dismissal ("Stipulation") as follows:

5   1.      Defendant shall pay to Plaintiffs sixty thousand U.S. dollars and zero cents ($60,000.00)

6   in full and complete satisfaction of Plaintiffs' claims for attorneys' fees, costs, and litigation expenses

7   under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, in the above-captioned

8   matters.  This payment shall constitute full and final satisfaction of any and all of Plaintiffs' claims for

9   attorneys' fees, costs, and litigation expenses in the above-captioned matters, and is inclusive of any

10  interest.  Payment of this money will be made by electronic funds transfer to Plaintiffs' counsel, and

11  Plaintiffs' counsel will provide the necessary information to Defendant's counsel to effectuate the

12  transfer.  Defendant will make all reasonable efforts to make payment within sixty (60) days of the date

13  that Plaintiffs' counsel provides the necessary information for the electronic funds transfer and this

14  Stipulation is fully executed, whichever is later, but cannot guarantee payment within that timeframe.

15  2.      Upon the execution of this Stipulation, Plaintiffs, having received some responsive

16  records, hereby release and forever discharge Defendant, its successors, the United States of America,

17  and any department, agency, or establishment of the United States, and any officers, employees, agents,

18  successors, or assigns of such department, agency, or establishment, from any and all claims and causes

19  of action that Plaintiffs assert or could have asserted in these actions, or which hereafter could be

20  asserted by reason of, or with respect to, or which arise out of, the specific FOIA requests on which

21  these actions are based, including but not limited to all past, present, or future claims for attorneys' fees,

22  costs, or litigation expenses in connection with the above-captioned matters.

23  3.   The provisions of California Civil Code Section 1542 are set forth below:

24  "A general release does not extend to claims that the creditor or releasing party does not
    know or suspect to exist in his or her favor at the time of executing the release and that, if
25  known by him or her, would have materially affected his or her settlement with the debtor
    or released party."
26

27  Plaintiffs having been apprised of the statutory language of Civil Code Section 1542 by Plaintiffs'

28  attorney, and fully understanding the same, nevertheless elects to waive the benefits of any and all rights

STIPULATION AND [PROADED] ORDER REGARDING SETTLEMENT AND DISMISSAL WITH PREJUDICE
NOS. 4:19-CV-08319-JST AND 4:20-CV-02016-JST          1

1   Plaintiffs may have pursuant to the provision of that statute and any similar provision of federal law.

2   Plaintiffs understand that, if the facts concerning any injuries, liability for damages pertaining thereto, or

3   liability for attorneys' fees, costs or litigation expenses are found hereafter to be other than or different

4   than the facts now believed by it to be true, this Stipulation shall be and remain effective

5   notwithstanding such material difference.

6          4.      Execution of this Stipulation and its approval by the Court shall constitute dismissal of

7   the above-captioned matters with prejudice pursuant to Fed. R. Civ. P. 41(a).

8          5.      The parties acknowledge that this Stipulation is entered into solely for the purpose of

9   settling and compromising any remaining claims in these actions without further litigation, and it shall

10  not be construed as evidence or as an admission on the part of Defendant, the United States, its agents,

11  servants, or employees regarding any issue of law or fact, or regarding the truth or validity of any

12  allegation or claim raised in these actions, or as evidence or as an admission by the Defendant regarding

13  Plaintiffs' entitlement to attorneys' fees, costs, or other litigation expenses under FOIA.  This

14  Stipulation shall not be used in any manner to establish liability for fees or costs in any other case or

15  proceeding involving Defendant.

16         6.      This Stipulation is binding upon and inures to the benefit of the parties hereto and their

17  respective successors and assigns.

18         7.      If any provision of this Stipulation shall be held invalid, illegal, or unenforceable, the

19  validity, legality, and enforceability of the remaining provisions shall not in any way be affected or

20  impaired thereby.

21         8.      This Stipulation shall constitute the entire agreement between the parties, and it is

22  expressly understood and agreed that this Stipulation has been freely and voluntarily entered into by the

23  parties hereto.  The parties further acknowledge that no warranties or representations have been made on

24  any subject other than as set forth in this Stipulation.

25         9.      The persons signing this Stipulation warrant and represent that they possess full authority

26  to bind the persons on whose behalf they are signing to the terms of the Stipulation.

27         10.     This Stipulation may not be altered, modified or otherwise changed in any respect except

28  in writing, duly executed by all of the parties or their authorized representatives.

STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT AND DISMISSAL WITH PREJUDICE
NOS. 4:19-CV-08319-JST AND 4:20-CV-02016-JST          2

1    11.    It is contemplated that this Stipulation may be executed in several counterparts, with a

2  separate signature page for each party.  All such counterparts and signature pages, together, shall be

3  deemed to be one document.

4    12.    The Court will retain jurisdiction for the sole purpose of enforcing this Stipulation.

5    IT IS SO STIPULATED.

6

7  DATED: April 13, 2022                                     Respectfully submitted,

8                                                            STEPHANIE M. HINDS
                                                             United States Attorney
9
                                                             */s/ Emmet P. Ong*_____
10                                                           EMMET P. ONG
                                                             Assistant United States Attorney
11
12                                                           *Attorneys for Defendant United States Bureau of
                                                             Reclamation*
13
14  DATED: April 13, 2022                                    EARTHJUSTICE

15                                                           */s/ Marie E. Logan_____
                                                             STACEY P. GEIS
16                                                           NINA C. ROBERTSON
                                                             MARIE E. LOGAN
17
                                                             *Attorney for Plaintiffs Golden State Salmon
18                                                           Association, Pacific Coast Federation of
                                                             Fishermen's Associations, Institute for Fisheries
19                                                           Resources, Friends of the River, and Sierra Club*

20
                                                             *In compliance with Civil Local Rule 5-1(h)(3), the
21                                                           filer of this document attests under penalty of
                                                             perjury that concurrence in the filing of the
22                                                           document has been obtained from the other
                                                             Signatory.
23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT AND DISMISSAL WITH PREJUDICE
NOS. 4:19-CV-08319-JST AND 4:20-CV-02016-JST          3

1

**[PROPOSED]** **ORDER**

2

      Pursuant to the stipulation of the parties, IT IS SO ORDERED.

3

4

DATED:  April 20, 2022

5

                              HON. JON S. TIGAR

6

                              United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT AND DISMISSAL WITH PREJUDICE
NOS. 4:19-CV-08319-JST AND 4:20-CV-02016-JST       4